HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ROGER A STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCIAL, LLC;<br>NORTHWEST TRUST SERVICES, LLC,<br><br>    Defendants. | No. 3:10-cv-5148RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br>[Dkt. #50] |

This matter is before the Court on the Plaintiff's Motion for Reconsideration [Dkt. #50] of the court's Order [Dkt. #48] Granting the Defendants' Motion to Dismiss [Dkt. #24].

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #48].

It is therefore ORDERED that Plaintiffs' Motion for Reconsideration [Dkt. #50] is DENIED. This matter is terminated.

**IT IS SO ORDERED.**

Dated this 1st day of DECEMBER, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1